AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LEX, INC., T/A LEX ON DEMAND

        Plaintiff(s)

vs.

DRIVEN, INC., ET AL.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   07CB708

To the Clerk of this court and all parties of record:

Please enter the appearance of __JON E. SHIELDS__ as counsel in this
                                      (Attorney's Name)

case for: __DRIVEN, INC. and STEPHEN MOLE__
                (Name of party or parties)

April 20, 2007
Date

431003
BAR IDENTIFICATION

_[signature]_
Signature

Jon E. Shields
Print Name

P.O. Box 10,007
Address

Manassas    VA    20108
City    State    Zip Code

703-367-9636
Phone Number