IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| LEX, INC., T/A LEX ON DEMAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07CB708 |
| | ) | |
| DRIVEN, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Certificate Required by LCvR 7.1 of the Local Rules of
the United States District Court for the District of Columbia

I, the undersigned, counsel of record for the defendant Driven, Inc. certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Driven, Inc. which have outstanding securities in the hands of the public:

NONE.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,
Driven, Inc.
By Counsel

Jon E. Shields, Esquire
D.C. Bar No. 431003
P.O. Box 10,007
Manassas, Virginia 20108-0595
(703) 367-9636
(703) 367-9635 (Fax)
Counsel to the Defendants
jonshields@covad.net