IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

LEX, INC., T/A LEX ON DEMAND,      )
                                    )
          Plaintiff,                )
                                    )
v.                                  )          CIVIL ACTION NO. 07CB708
                                    )
                                    )
DRIVEN, INC., ET AL.,               )
                                    )
          Defendants.               )

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO RULE 12(b)(6)

COME NOW the defendants, Driven, Inc. and Stephen Mole, and move this Court to dismiss the complaint in this action pursuant to FRCP Rule 12(b)(6) and 28 U.S.C. § 1332.

The grounds for this motion is that the court lacks subject matter jurisdiction. These grounds and the supporting authorities for this motion are more fully stated in the accompanying memorandum.

WHEREFORE, defendants respectfully requests that this action be dismissed.

                                        Respectfully submitted,
                                        Driven, Inc.
                                        Stephen Mole
                                        By Counsel

Jon E. Shields, Esquire
P.O. Box 10,007
Manassas, Virginia 20108-0595
(703) 367-9636
(703) 367-9635 (Fax)
Counsel to the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of April, 2007, a copy of the foregoing was served by first-class mail, postage prepaid, to Francis R. Laws and Sara A. Levinson, Thomas & Libowitz, PA, 100 Light St., Suite 1100, Baltimore, Maryland 21202-1053, and sent by e-mail to Flaws@tandllaw.com, Slevinson@tandllaw.com, counsel for the plaintiff.

Jon E. Shields, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| LEX, INC., T/A LEX ON DEMAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07CB708 |
| | ) | |
| | ) | |
| DRIVEN, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO RULE 12(b)(6)

This action was commenced in the United States District Court, District of Colombia, by the plaintiff, claiming diversity as the basis for jurisdiction. In the complaint, the plaintiff identifies defendant Driven, Inc. as a Virginia Corporation with its headquarters and principal place of business in Virginia (see Complaint, ¶ 2), and Stephen Mole as a resident of Virginia (see Complaint, ¶ 3). Moreover, plaintiff identifies itself as a Delaware corporation with its principal place of business in Washington, D.C.

28 U.S.C. § 1332(c) provides that "a corporation shall be deemed a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." Moreover, determination of diversity jurisdiction depends on the citizenship status of the parties at the time an action commences. See Freeport-McMoRan, Inc. v. K N Energy, Inc., 498 U.S. 426, 428.

To determine where a corporation has its principal place of business, two tests have been recognized. These tests are the "nerve center test" and the "place of operations test." See

Peterson v. Cooley, 142 F.3d 181, 184 (4th Cir. 1998). Federal courts have applied the "nerve center test" to establish the principal place of business of corporations doing business in multiple states. Masterson-Cook v. Criss Bros. Iron Works, Inc., 722 F.Supp. 810 (D.C., 1989) (citations omitted). When no one state is clearly the center of corporate activity or accounts for a majority of the company income, the corporate headquarters logically assumes greater importance in determination of the principal place of business. See, e.g., Masterson-Cook v. Criss Bros. Iron Works, Inc., 722 F.Supp. 810 (D.C., 1989) (citations omitted). Hence, location of the corporation's headquarters is a compelling factor in determining the principal place of business.

Under the above analysis, the principal place of business of Lex, Inc. is Virginia. For example, Lex Holds itself out as having corporate headquarters in Vienna, Virginia. See Lex's "contact us" webpage, Ex. 1. The corporate officers are located at the Vienna, Virginia location. Moreover, in a filing that Lex made with the Maryland Department of Assessments and Taxation, Lex lists its current principal office as Vienna, Virginia. See "Entity Detail" webpage from Maryland Department of Assessments and Taxation, Ex. 2.

Furthermore, the Foreign Corporation Requalification form filed with the Maryland Department of Assessments and Taxation identifies Lex's address as being in Vienna, Virginia. See Foreign Corporation Requalification form, Ex. 3. This document is a hand written form that was required to be signed by the president or vice president of Lex, Inc.

To the contrary, Lex's Washington, D.C. office is simply one of nine office locations in addition to the corporate headquarters in Vienna, Virginia. See Lex's "contact us" webpage, Ex. 1.

Accordingly, Lex, Inc. has made it clear that the Vienna, Virginia address is its principal place of business, as well as its corporate headquarters. Moreover, even if Lex did not indicate

that the Vienna, Virginia address were its principal office, because it is the corporate headquarters of a company with 10 distinct locations, under the above described "nerve center" tests, this Court can conclude that the Vienna, Virginia address is their actual principal place of business.

Accordingly, for the foregoing reasons, it is respectfully requested that this action be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1332.

Respectfully submitted,
Driven, Inc.
Stephen Mole
By Counsel

Jon E. Shields, Esquire
D.C. Bar No. 431003
P.O. Box 10,007
Manassas, Virginia 20108-0595
(703) 367-9636
(703) 367-9635 (Fax)
Counsel to the Defendants
jonshields@covad.net

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of April, 2007, a copy of the foregoing was served by first-class mail, postage prepaid, to Francis R. Laws and Sara A. Levinson, Thomas & Libowitz, PA, 100 Light St., Suite 1100, Baltimore, Maryland 21202-1053, and sent by e-mail to Flaws@tandllaw.com, Slevinson@tandllaw.com, counsel for the plaintiff.

Jon E. Shields, Esquire



Services | About LEX | Contact Us | Careers | Sign Up | Logon | Lex Vault | 1.866.LEX.2LEX



## Contact Us

**Corporate Headquarters**

Atlanta, GA
Baltimore, MD
Chicago, IL
Houston, TX
McLean, VA
New York (Midtown)
New York (Downtown)
Washington, D.C.
Print On-Demand



**Corporate Headquarters**

1912 Woodford Road
Vienna, VA 22182

Phone: (703) 245-6100
Mail to

LEX Careers
Website Support
Printable Version
Driving Directions

Home | Lex Vault | Privacy Policy | Help

LEX Inc. 2005



EXHIBIT

 **Maryland Department of Assessments and Taxation** 1
**Taxpayer Services Division**
301 West Preston Street ■ Baltimore, Maryland 21201

| Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home |

### Taxpayer Services Division

**Entity Name: LEX INC.**
**Dept. ID #: F04738738**

**General Information** | **Amendments** | **Personal Property** | **Certificate of Status**

**Principal Office (Current):**
1912 WOODFORD ROAD
VIENNA, VA  22182

**Resident Agent (Current):**
MEHRAN ALIAKBAR
7030 VIRGINIA MANOR ROAD
BELTSVILLE, MD  20705

**Status:** REVIVED
**Good Standing:** Yes
**Business Code:** Ordinary Business - Stock
**Date of Formation or Registration:** 07/15/1997
**State of Formation:** DE
**Stock/Nonstock:** Stock
**Close/Not Close:** Unknown

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |


EXHIBIT 2

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE 37   BUSINESS CODE _____

# F04738738

Close _____ Stock _____ Nonstock _____

P.A. _____ Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000361993814767

ID # F04738738 ACK # 1000361993814767
LIBER: B01024 FOLIO: 0524 PAGES: 0002
LEX INC.

09/20/2006  AT 09:55 A WO # 0001291359
```

New Name _____

### FEES REMITTED

Base Fee: 100
Org. & Cap. Fee: _____
Expedite Fee: _____
Penalty: 200
State Recordation Tax: _____
State Transfer Tax: _____
_____ Certified Copies
Copy Fee: _____
_____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Other: _____

TOTAL FEES: 300

_____ Change of Name
  X   Change of Principal Office
  X   Change of Resident Agent
  X   Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
      and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name _____

_____ Other Change(s) _____

Credit Card _____ Check _____ Cash _____

_____ Documents on _____ Checks

Approved By: 4

Keyed By: _____

COMMENT(S):

Code _____
Attention: _____
Mail to Address: _____

LEX INC.
1912 WOODFORD RD
VIENNA                    VA 22182-3700

```
CUST ID:0001848321
WORK ORDER:0001291359
DATE:09-20-2006 09:55 AM
AMT. PAID:$300.00
```



EXHIBIT 3

## FOREIGN CORPORATION RE QUALIFICATION

The undersigned Corporation for the purpose of qualifying pursuant to the provisions of Title 7 of the Corporations and Associations Article of the Annotated Code of Maryland, to do intrastate, interstate and foreign business as a foreign Corporation in the State of Maryland, hereby certifies to the State Department of Assessments and Taxation:

(A) That the name of the Corporation is _Lex Inc   F04738738_

(B) The corporation was formed in the State of _Delaware_

(C) That the address of the Corporation is _1912 Woodford Road_
_Vienna, VA 22182_

(D) That the name of the resident agent of the corporation in Maryland is _Mehran Aliakbar_
_7030 Virginia Manor Road_ whose address is
_Beltsville MD 20705_
(EVERY FOREIGN CORPORATION QUALIFIED IN MARYLAND IS REQUIRED TO NAME A MARYLAND AGENT)

(E) (OPTIONAL) That the address of the principal office of the Corporation in Maryland is _____

(F) That the Corporation (check appropriate response):

(1) [X] has   (2) [ ] has not done intrastate, interstate or foreign business in this State before qualification or registration as a foreign Corporation or after the qualification or registration was cancelled.

NOTE: If the box in Part (F) is checked indicating that the Corporation has done intrastate, interstate or foreign business in Maryland before registering or qualifying or after the registration or qualification has been cancelled; a penalty of $200 must accompany this form in addition to the filing fee.

BY: _[signature]_
(Original signature of President or Vice President)

I hereby consent to my designation in this document as resident agent for this corporation.

SIGNED _[signature]_
Resident Agent

CUST ID:0001848321
WORK ORDER:0001291359
DATE:09-20-2006 09:55 AM
AMT. PAID:$300.00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| LEX, INC., T/A LEX ON DEMAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DRIVEN, INC., ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 07CB708 |

## ORDER

THIS MATTER having come before the Court on the defendant's Motion to Dismiss for lack of subject matter jurisdiction pursuant to Rule 12(b)(6); and

IT APPEARING that there is no diversity between the plaintiffs and the defendants in this matter, and accordingly this Court lacks subject matter jurisdiction; is therefore

ORDERED that this matter be dismissed and stricken from the docket.

_____
Judge, United States District Court