IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| LEX, INC., T/A LEX ON DEMAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07CB708 |
| | ) | |
| | ) | |
| DRIVEN, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION PURSUANT TO RULE 12(B)(5) FOR INSUFFICIENCY OF SERVICE OF PROCESS

COME NOW the defendants, Driven, Inc. and Stephen Mole, and move this Court to dismiss the proceedings in this action pursuant to FRCP Rule 12(b)(5), or in the alternative, stay the proceedings.

The grounds for this motion is that neither of the defendants is properly before this court since neither defendant has been properly served with process. These grounds and the supporting authorities for this motion are more fully stated in the accompanying memorandum.

WHEREFORE, defendants respectfully request that this action be dismissed, or in the alternative, stayed until service can be had.

                                                                                                    Respectfully submitted,
                                                                                                    Driven, Inc.
                                                                                                    Stephen Mole
                                                                                                    By Counsel

_____
Jon E. Shields, Esquire
P.O. Box 10,007
Manassas, Virginia 20108-0595
(703) 367-9636
(703) 367-9635 (Fax)
Counsel to the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of April, 2007, a copy of the foregoing was served by first-class mail, postage prepaid, to Francis R. Laws and Sara A. Levinson, Thomas & Libowitz, PA, 100 Light St., Suite 1100, Baltimore, Maryland 21202-1053, and sent by e-mail to Flaws@tandllaw.com, Slevinson@tandllaw.com, counsel for the plaintiff.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| LEX, INC., T/A LEX ON DEMAND,     )<br>                                                            )<br>           Plaintiff,                                  )<br>                                                            )<br>v.                                                         )           CIVIL ACTION NO. 07CB708<br>                                                            )<br>                                                            )<br>DRIVEN, INC., ET AL.,                        )<br>                                                            )<br>           Defendants.                           )  | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION PURSUANT TO RULE 12(B)(5) FOR INSUFFICIENCY OF SERVICE OF PROCESS**

Rule 4 of the Federal Rules of Civil Procedure provides that "[a] summons shall be served together with a copy of the complaint." That rule further provides in subsection (e):

> Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States:
>
> (1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State; or
>
> (2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

Finally, in subsection (h), Rule 4 provides:

Unless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name, and from which a waiver of service has not been obtained and filed, shall be effected:

(1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant, or

(2) in a place not within any judicial district of the United States in any manner prescribed for individuals by subdivision (f) except personal delivery as provided in paragraph (2)(C)(i) thereof.

In this case, no waiver has been provided by either defendant. In addition, neither defendant has and served with a summons and a copy of the complaint as provided by the appropriate subsections of Rule 4. Accordingly, neither party is properly before the Court and neither party has sufficient notice of the proceedings to respond.

WHEREFORE it is respectfully requested that the proceedings in this action be dismissed, or in the alternative, stayed until each defendant is properly before the Court.

Respectfully submitted,
Driven, Inc.
Stephen Mole
By Counsel

Jon E. Shields, Esquire
P.O. Box 10,007
Manassas, Virginia 20108-0595
(703) 367-9636
(703) 367-9635 (Fax)
Counsel to the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of April, 2007, a copy of the foregoing was served by first-class mail, postage prepaid, to Francis R. Laws and Sara A. Levinson, Thomas & Libowitz, PA, 100 Light St., Suite 1100, Baltimore, Maryland 21202-1053, and sent by e-mail to Flaws@tandllaw.com, Slevinson@tandllaw.com, counsel for the plaintiff.

_____
Jon E. Shields, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| LEX, INC., T/A LEX ON DEMAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 07CB708 |
| ) | |
| ) | |
| DRIVEN, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

THIS MATTER having come before the Court on the defendant's Motion to Dismiss the proceedings in this action pursuant to FRCP Rule 12(b)(5), or in the alternative, stay the proceedings; and

IT APPEARING that neither defendant has been properly served with process; is therefore

ORDERED that proceedings in this matter be stayed until further order of this Court.

_____
Judge, United States District Court