## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLOMBIA

LEX, INC., T/A LEX ON DEMAND,  )
)
        Plaintiff,  )
)
v.  )      CIVIL ACTION NO. 07CB708
)
)
DRIVEN, INC., ET AL.,  )
)
        Defendants.  )

### MOTION TO ENLARGE THE TIME IN WHICH TO FILE AFFIDAVITS

COME now the defendants, Driven, Inc. and Stephen Mole, by counsel, pursuant to

Local Rule 65.1, and move that the period of time in which to file affidavits in support of their

opposition be enlarged. In support of such Motion, the Court is referred to the accompanying

Memorandum of Points and Authorities.

                                               Respectfully submitted,
                                             Driven, Inc.
                                             Stephen Mole
                                             By Counsel

Jon E. Shields, Esquire
D.C. Bar No. 431003
P.O. Box 10,007
Manassas, Virginia 20108-0595
(703) 367-9636
(703) 367-9635 (Fax)
Counsel to the Defendants
jonshields@covad.net

### CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of April, 2007, a copy of the foregoing was served by
first-class mail, postage prepaid, to Francis R. Laws and Sara A. Levinson, Thomas & Libowitz,
PA, 100 Light St., Suite 1100, Baltimore, Maryland 21202-1053, and sent by e-mail to
Flaws@tandllaw.com, Slevinson@tandllaw.com, counsel for the plaintiff.

Jon E. Shields, Esquire

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

| | | |
|---|---|---|
| LEX, INC., T/A LEX ON DEMAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07CB708 |
| | ) | |
| | ) | |
| DRIVEN, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TO**
**ENLARGE THE TIME IN WHICH TO FILE AFFIDAVITS**

The complaint and motion for injunctive relief were filed with this Court on Wednesday April 18, 2007. A copy of the Motion was delivered to the offices of Garbia & MacGregor in Fairfax, Virginia late that same afternoon. At approximately 3:30 p.m. on Thursday the 19th, upon return from a trial in the Montgomery County, Maryland Circuit Court the undersigned became aware of the requirement to file a response to the Motion by 9:00 a.m. on Friday the 20th of April, and that a hearing had been scheduled for 3:30 p.m. on Friday April 20, 2007. In this period of time allotted by the court, counsel has been unable to meet personally with the defendant Mole, or a corporate representative of Driven for the purposes of reviewing the complaint, the motion for TRO and preliminary injunctive relief, investigating the facts underlying the motion and the opposition thereto, and for the preparation a memorandum in opposition and affidavits in support of the defendants' opposition to the plaintiff's twenty three page motion and the Exhibits attached thereto.

Upon information and belief, neither of the defendants have been served with any process in this civil action. Under these circumstances, fundamental fairness requires that the defendants

be provided a reasonable opportunity to present evidence in support of their opposition to the

TRO.

Wherefore, these premises considered, the defendants request that the Court enlarge the

period of time in which to file affidavits in support of their opposition.

Respectfully submitted,
Driven, Inc.
Stephen Mole
By Counsel

Jon E. Shields, Esquire
D.C. Bar No. 431003
P.O. Box 10,007
Manassas, Virginia 20108-0595
(703) 367-9636
(703) 367-9635 (Fax)
Counsel to the Defendants
jonshields@covad.net

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of April, 2007, a copy of the foregoing was served by first-class mail, postage prepaid, to Francis R. Laws and Sara A. Levinson, Thomas & Libowitz, PA, 100 Light St., Suite 1100, Baltimore, Maryland 21202-1053, and sent by e-mail to Flaws@tandllaw.com, Slevinson@tandllaw.com, counsel for the plaintiff.

Jon E. Shields, Esquire

2