UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEX, INC., t/a LEX ON DEMAND | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-708 (RBW) |
| DRIVEN, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Currently before the Court is the plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction. Upon consideration of the pleadings, the supporting memoranda submitted by the parties, the arguments counsel presented to the Court on April 20, 2007, and in light of the defendants' opposition challenging this Court's jurisdiction, it is hereby this 20th day of April, 2007,

**ORDERED** that the plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction shall be held in abeyance. It is further

**ORDERED** that the plaintiff must file a response to the defendants' challenge to this Court's jurisdiction over the instant action by April 25, 2007. It is further

**ORDERED** that the defendants must file any reply thereto by April 30, 2007. It is further

**ORDERED** that a motions hearing shall be held on May 22, 2007 in courtroom 16 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

                                                                /s/_____
                                                                REGGIE B. WALTON
                                                                United States District Judge