IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEX, INC. t/a LEX ON DEMAND** | * | |
| **Plaintiff** | * | |
| v. | * | CASE NO. 1:07-cv-00708<br>Walton, Reggie B. |
| **DRIVEN, INC., et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Plaintiff, LEX, Inc. t/a LEX ON DEMAND, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter.

Respectfully submitted,

_____/s/_____
Francis R. Laws (Bar No. 2596)
Sara A. Levinson (Bar No. 26082)
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, MD 21202-1053
(410) 752-2468
Fax: (410) 752-0979

Attorneys for Plaintiff
LEX, Inc. t/a LEX On Demand

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April 2007 a copy of the foregoing Notice of Dismissal, Inc. was served by regular mail, postage pre-paid and by e-mail on Sam S. Garbia, Esquire, James Martin, Esquire, Garbia & MacGregor, LLP, 4151 Chain Bridge Road, Fairfax, Virginia 22030, and Jon Shields, Esquire, Attorneys for Defendants.

                                                    /s/
                                        Sara A. Levinson